IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CASE NO. _____

*(Electronically Filed)*

| | | |
|---|---|---|
| ABRAHAM PETTWAY | 3:17-CV-73-DJH | PLAINTIFF |
| vs. | **NOTICE OF REMOVAL** | |
| LOGISTICS SOLUTIONS GROUP, INC. | | DEFENDANT |

\* \* \* \* \* \* \*

Pursuant to 28 U.S.C. §§ 1332 and 1441, Defendant, Logistics Solutions Group, Inc. (LSG), by counsel, hereby files this notice to remove an action pending against it in Hardin Circuit Court, to the United States District Court for the Western District of Kentucky, Louisville Division. In support of this removal, Logistics Solutions Group, Inc. states as follows:

**Background**

1.   Plaintiff Abraham Pettway ("Pettway" or "Plaintiff") filed this action on January 17, 2017, in Hardin Circuit Court, said action being designated as Civil Case No. 17-CI-00097 (the "State Court Action"). A copy of the Complaint in the State Court Action (the "Complaint"), along with the summons and all other pleadings in the State Court Action, is attached as Exhibit A.

2. Plaintiff is a current employee of LSG who seeks alleged damages in connection with his employment. Plaintiff's Complaint alleges violations of the Kentucky Civil Rights Act, Negligent Supervision and Outrage.

3. LSG received a copy of the Complaint on January 19, 2017.

### Venue

4. Venue is proper in this Court pursuant to 28 U.S.C. §§ 97 and 1441(a) because the United States District Court for the Western District of Kentucky is the federal judicial district embracing the Hardin Circuit Court, in which the Sate Court Action was originally filed.

### Timely Filing

5. This Notice of Removal is timely filed in compliance with 28 U.S.C. § 1446(b) because it is filed within 20 days after January 19, 2017, the date on which service of the Complaint in the State Court Action was first received by Logistics Solutions Group.

### Procedural Requirements

6. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon LSG in the State Court action are collectively attached to this Notice as Exhibit A.

7. Pursuant to 28 U.S.C. § 1446(d), LSG has filed this Notice with this Court, is serving a copy of this Notice upon counsel for Plaintiff, and is filing a copy of this Notice with the Hardin Circuit Court.

8. Plaintiff is a resident of the Commonwealth of Kentucky.

9. LSG is a corporation organized and existing under the laws of Virginia, with its headquarters and principal place of business in Virginia.

10. Although Logistics Solutions Group disputes any liability to Plaintiff,

JCIM expressly incorporates the allegations contained in the Complaint attached hereto as part of Exhibit A for the purpose of demonstrating the propriety of removal.

11. The amount in controversy in this matter exceeds $75,000, exclusive of costs, interest and attorney fees, and meets the requirements of 28 U.S.C. §1332(a) as Plaintiff seeks damages for back pay, front pay, employment benefits (past, present, and future), and punitive damages. (Exhibit A, Complaint at pp. 17-18). Therefore, although LSG disputes that it is liable in any manner, the amount in dispute exceeds the $75,000 threshold amount.

12. As such, this Court has original jurisdiction over this matter pursuant to 28 U.S.C.§ 1332(a), and this action may be removed to this Court pursuant to the provisions of 28 U.S.C. §1441(a).

WHEREFORE, Defendant LSG removes this action from the Hardin Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division.

Respectfully Submitted:

*/s/ Theodore W. Walton*
Theodore W. Walton
CLAY DANIEL WALTON & ADAMS PLC
101 Meidinger Tower
462 South Fourth Street
Louisville, KY  40202
(502) 561-2005
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing was served by depositing same with the United States Postal Service, first-class, postage prepaid this 6th day of February, 2017 to:

Patricia A. Abell  
101 North Seventh St.  
Louisville, KY  40202  
(502) 561-3455  
pabell@patriciaabell.com  
*Counsel for Defendant*

                                                */s/ Theodore W. Walton*  
                                                Theodore W. Walton