UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ABRAHAM PETTWAY,                                                          Plaintiff,

v.                                                    Civil Action No. 3:17-cv-73-DJH-CHL

LOGISTICS SOLUTIONS GROUP, INC. et
al.,                                                                   Defendants.

* * * * *

## ORDER

Plaintiff Abraham Pettway having filed a motion to dismiss without prejudice as to

Defendant Logistics Solutions Group, Inc. (Docket No. 50), and the Court being otherwise

sufficiently advised, it is hereby

**ORDERED** as follows:

(1)    Pettway's motion to dismiss (D.N. 50) is **GRANTED**.  This action is **DISMISSED**

without prejudice.

(2)    The Clerk of Court is **DIRECTED** to terminate Logistic Solutions Group, Inc. as

a defendant in the record of this matter.

(3)    This matter is **CLOSED** and **STRICKEN** from the Court's active docket.